[No. 73535-7-I.   Division One.   August 22, 2016.]

*In the Matter of the Detention of* BRADLEY WARD.

THE STATE OF WASHINGTON, *Petitioner*, v. BRADLEY WARD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-07555-7, Marybeth Dingledy, J., entered May 20, 2015. *Reversed* by unpublished opinion per Spearman, J., concurred in by Dwyer and Leach, JJ.

[No. 73814-3-I.   Division One.   August 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN J. HOPE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02508-9, Joseph P. Wilson, J., entered July 28, 2015. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 74112-8-I.   Division One.   August 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA NICHOLAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05754-7, Theresa B. Doyle, J., entered October 9, 2015. *Dismissed* by unpublished per curiam opinion.

[No. 46645-7-II.   Division Two.   August 23, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE AHEARN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00253-8, Jeanette Dalton, J., entered September 3, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.